Matthew J. Conroy
Maria Campese
Schwartz Law, P.C.
666 Old Country Road, 9th Fl
Garden City, NY 11530

*Counsel for Defendants*
*Viktoriya Keselman and*
*Vitas Billing Services Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Docket No.: 17-CV-03195(NGG)(RER)

-----------------------------------------

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY

Plaintiffs,

-against-

**ANSWER OF VIKTORIYA KESELMAN AND VITAS BILLING SERVICES INC.**

JING LUO ACUPUNCTURE, P.C.
Z.M.S. & Y. ACUPUNCTURE, P.C.
Y & Z ACUPUNCTURE, P.C.
CXY CARE ACUPUNCTURE P.C.
NY CARE ACUPUNCTURE P.C.
XU HEALTH CARE ACUPUNCTURE P.C.
K.H.Y. CARE ACUPUNCTURE P.C.
CHUN XIAN YU, L.AC.

and

VIKTORIYA KESELMAN also known as VICTORIA KESELMAN, VITAS BILLING SERVICES, INC. and JOHN DOE DEFENDANTS 1-10,

Defendants.

-----------------------------------------

Now come the Defendants VIKTORIYA KESELMAN also known as VICTORIA KESELMAN, and VITAS BILLING SERVICES, INC. ("The Defendants") by and through their Counsel, SCHWARTZ LAW, P.C. and interpose the following pleading as and for their Answer to Plaintiffs' Complaint in this matter.

1. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 1 of the Plaintiffs' Complaint.

2. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 2 of the Plaintiffs' Complaint.

3. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 3 of the Plaintiffs' Complaint.

4. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 4 of the Plaintiffs' Complaint.

5. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 5 of the Plaintiffs' Complaint.

6. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 6 of the Plaintiffs' Complaint.

7. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 7 of the Plaintiffs' Complaint.

8. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 8 of the Plaintiffs' Complaint.

9. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 9 of the Plaintiffs' Complaint.

10. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 10 of the Plaintiffs' Complaint.

11. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 11 of the Plaintiffs' Complaint.

12. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 12 of the Plaintiffs' Complaint.

13. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 13 of the Plaintiffs' Complaint.

14. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 14 of the Plaintiffs' Complaint.

15. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 15 of the Plaintiffs' Complaint.

16. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 16 of the Plaintiffs' Complaint.

17. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 17 of the Plaintiffs' Complaint.

18. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 18 of the Plaintiffs' Complaint.

19. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 19 of the Plaintiffs' Complaint.

20. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 20 of the Plaintiffs' Complaint.

21. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 21 of the Plaintiffs' Complaint.

22. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 22 of the Plaintiffs' Complaint.

23. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 23 of the Plaintiffs' Complaint.

24. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 24 of the Plaintiffs' Complaint.

25. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 25 of the Plaintiffs' Complaint.

26. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 26 of the Plaintiffs' Complaint.

27. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 27 of the Plaintiffs' Complaint.

28. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 28 of the Plaintiffs' Complaint.

29. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 29 of the Plaintiffs' Complaint.

30. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 30 of the Plaintiffs' Complaint.

31. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 31 of the Plaintiffs' Complaint.

32. The Defendants admit that the Defendant Keselman resides in and is a citizen of New York. The Defendants deny the balance of the allegations contained in paragraph 32 of the Complaint.

33. The Defendants admit the allegations contained in paragraph 33 of the Complaint.

34. The Defendants admits that Vitas Billing was incorporated on June 17, 2010 and is owned by Viktoriya Keselman. Defendants admit that Vitas Billing provides billing services for several of the Provider Defendants.

35. The Defendants denies the allegations contained in paragraph 35 of the Plaintiffs' Complaint.

36. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 36 of the Plaintiffs' Complaint.

37. The Defendants deny the allegations contained in paragraph 37 of the Plaintiffs' Complaint.

38. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 38 of the Plaintiffs' Complaint.

39. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 39 of the Plaintiffs' Complaint.

40. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 40 of the Plaintiffs' Complaint.

41. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 41 of the Plaintiffs' Complaint.

42. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 42 of the Plaintiffs' Complaint.

43. The Defendants neither admit nor deny the allegations contained in paragraph 43 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

44. The Defendants neither admit nor deny the allegations contained in paragraph 44 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

45. The Defendants neither admit nor deny the allegations contained in paragraph 45 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

46. The Defendants neither admit nor deny the allegations contained in paragraph 46 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

47. The Defendants neither admit nor deny the allegations contained in paragraph 47 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

48. The Defendants neither admit nor deny the allegations contained in paragraph 48 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

49. The Defendants neither admit nor deny the allegations contained in paragraph 49 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

50. The Defendants neither admit nor deny the allegations contained in paragraph 50 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

51. The Defendants neither admit nor deny the allegations contained in paragraph 51 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

52. The Defendants neither admit nor deny the allegations contained in paragraph 52 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

53. The Defendants neither admit nor deny the allegations contained in paragraph 53 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the

New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

54. The Defendants neither admit nor deny the allegations contained in paragraph 54 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

55. The Defendants neither admit nor deny the allegations contained in paragraph 55 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

56. The Defendants neither admit nor deny the allegations contained in paragraph 56 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

57. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 57 of the Plaintiffs' Complaint.

58. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 58 of the Plaintiffs' Complaint.

59. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 59 of the Plaintiffs' Complaint.

60. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 60 of the Plaintiffs' Complaint.

61. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 61 of the Plaintiffs' Complaint.

62. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 62 of the Plaintiffs' Complaint.

63. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 63 of the Plaintiffs' Complaint.

64. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 64 of the Plaintiffs' Complaint.

65. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 65 of the Plaintiffs' Complaint.

66. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 66 of the Plaintiffs' Complaint.

(54) **misnumbered** The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph **54** of the Plaintiffs' Complaint.

67. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 67 of the Plaintiffs' Complaint.

68. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 68 of the Plaintiffs' Complaint.

69. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 69 of the Plaintiffs' Complaint.

70. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 70 of the Plaintiffs' Complaint.

71. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 71 of the Plaintiffs' Complaint.

72. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 72 of the Plaintiffs' Complaint.

73. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 73 of the Plaintiffs' Complaint.

74. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 74 of the Plaintiffs' Complaint.

75. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 75 of the Plaintiffs' Complaint.

76. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 76 of the Plaintiffs' Complaint.

77. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 77 of the Plaintiffs' Complaint.

78. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 78 of the Plaintiffs' Complaint.

79. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 79 of the Plaintiffs' Complaint.

80. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 80 of the Plaintiffs' Complaint.

81. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 81 of the Plaintiffs' Complaint.

82. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 82 of the Plaintiffs' Complaint.

83. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 83 of the Plaintiffs' Complaint.

84. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 84 of the Plaintiffs' Complaint.

85. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 85 of the Plaintiffs' Complaint.

86. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 86 of the Plaintiffs' Complaint.

87. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 87 of the Plaintiffs' Complaint.

88. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 88 of the Plaintiffs' Complaint.

89. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 89 of the Plaintiffs' Complaint.

90. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 90 of the Plaintiffs' Complaint.

91. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 91 of the Plaintiffs' Complaint.

92. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 92 of the Plaintiffs' Complaint.

93. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 93 of the Plaintiffs' Complaint.

94. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 94 of the Plaintiffs' Complaint.

95. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 95 of the Plaintiffs' Complaint.

96. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 96 of the Plaintiffs' Complaint.

97. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 97 of the Plaintiffs' Complaint.

98. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 98 of the Plaintiffs' Complaint.

99. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 99 of the Plaintiffs' Complaint.

100. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 100 of the Plaintiffs' Complaint.

101. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 101 of the Plaintiffs' Complaint.

102. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 102 of the Plaintiffs' Complaint.

103. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 103 of the Plaintiffs' Complaint.

104. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 104 of the Plaintiffs' Complaint.

105. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 105 of the Plaintiffs' Complaint.

106. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 106 of the Plaintiffs' Complaint.

107. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 107 of the Plaintiffs' Complaint.

108. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 108 of the Plaintiffs' Complaint.

109. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 109 of the Plaintiffs' Complaint.

110. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 110 of the Plaintiffs' Complaint.

111. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 111 of the Plaintiffs' Complaint.

112. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 112 of the Plaintiffs' Complaint.

113. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 113 of the Plaintiffs' Complaint.

114. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 114 of the Plaintiffs' Complaint.

115. The Defendants neither admit nor deny the allegations contained in paragraph 115 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

116. The Defendants neither admit nor deny the allegations contained in paragraph 116 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

117. The Defendants neither admit nor deny the allegations contained in paragraph 117 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

118. The Defendants neither admit nor deny the allegations contained in paragraph 118 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

119. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 119 of the Plaintiffs' Complaint.

120. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 120 of the Plaintiffs' Complaint.

121. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 121 of the Plaintiffs' Complaint.

122. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 122 of the Plaintiffs' Complaint.

123. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 123 of the Plaintiffs' Complaint.

124. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 124 of the Plaintiffs' Complaint.

125. The Defendants neither admit nor deny the allegations contained in paragraph 125 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

126. The Defendants neither admit nor deny the allegations contained in paragraph 126 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

127. The Defendants neither admit nor deny the allegations contained in paragraph 127 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

128. The Defendants neither admit nor deny the allegations contained in paragraph 128 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

129. The Defendants neither admit nor deny the allegations contained in paragraph 129 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

130. The Defendants neither admit nor deny the allegations contained in paragraph 130 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

131. The Defendants neither admit nor deny the allegations contained in paragraph 131 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

132. The Defendants neither admit nor deny the allegations contained in paragraph 132 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

133. The Defendants neither admit nor deny the allegations contained in paragraph 133 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

134. The Defendants neither admit nor deny the allegations contained in paragraph 134 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

135. The Defendants neither admit nor deny the allegations contained in paragraph 135 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

136. The Defendants neither admit nor deny the allegations contained in paragraph 136 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

137. The Defendants neither admit nor deny the allegations contained in paragraph 137 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

138. The Defendants neither admit nor deny the allegations contained in paragraph 138 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

139. The Defendants neither admit nor deny the allegations contained in paragraph 139 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

140. The Defendants neither admit nor deny the allegations contained in paragraph 140 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

141. The Defendants neither admit nor deny the allegations contained in paragraph 141 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

142. The Defendants neither admit nor deny the allegations contained in paragraph 142 of the Plaintiffs' Complaint as the allegations purport to expound and interpret medical, scientific and/or clinical information and guidelines.

143. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 143 of the Plaintiffs' Complaint.

144. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 144 of the Plaintiffs' Complaint.

145. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 145 of the Plaintiffs' Complaint.

146. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 146 of the Plaintiffs' Complaint.

147. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 147 of the Plaintiffs' Complaint.

148. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 148 of the Plaintiffs' Complaint.

149. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 149 of the Plaintiffs' Complaint.

150. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 150 of the Plaintiffs' Complaint.

151. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 151 of the Plaintiffs' Complaint.

152. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 152 of the Plaintiffs' Complaint.

153. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 153 of the Plaintiffs' Complaint.

154. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 154 of the Plaintiffs' Complaint.

155. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 155 of the Plaintiffs' Complaint.

156. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 156 of the Plaintiffs' Complaint.

157. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 157 of the Plaintiffs' Complaint.

158. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 158 of the Plaintiffs' Complaint.

159. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 159 of the Plaintiffs' Complaint.

160. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 160 of the Plaintiffs' Complaint.

161. The Defendants neither admit nor deny the allegations contained in paragraph 161 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

162. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 162 of the Plaintiffs' Complaint.

163. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 163 of the Plaintiffs' Complaint.

164. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 164 of the Plaintiffs' Complaint.

165. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 165 of the Plaintiffs' Complaint.

166. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 166 of the Plaintiffs' Complaint.

167. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 167 of the Plaintiffs' Complaint.

168. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 168 of the Plaintiffs' Complaint.

169. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 169 of the Plaintiffs' Complaint.

170. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 170 of the Plaintiffs' Complaint.

171. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 171 of the Plaintiffs' Complaint.

172. The Defendants neither admit nor deny the allegations contained in paragraph 172 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the

New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

173. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 173 of the Plaintiffs' Complaint.

174. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 174 of the Plaintiffs' Complaint.

175. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 175 of the Plaintiffs' Complaint.

176. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 176 of the Plaintiffs' Complaint.

177. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 177 of the Plaintiffs' Complaint.

178. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 178 of the Plaintiffs' Complaint.

179. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 179 of the Plaintiffs' Complaint.

180. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 180 of the Plaintiffs' Complaint.

181. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 181 of the Plaintiffs' Complaint.

182. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 182 of the Plaintiffs' Complaint.

183. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 183 of the Plaintiffs' Complaint.

184. The Defendants neither admit nor deny the allegations contained in paragraph 184 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the

New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule.

185. The Defendants neither admit nor deny the allegations contained in paragraph 185 of the Plaintiffs' Complaint as the allegations purport to interpret New York State Law, the New York State No-fault laws and regulations and/or the Worker's Compensation Fee Schedule

186. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 186 of the Plaintiffs' Complaint.

187. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 187 of the Plaintiffs' Complaint.

188. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 188 of the Plaintiffs' Complaint.

189. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 189 of the Plaintiffs' Complaint.

190. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 190 of the Plaintiffs' Complaint.

191. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 191 of the Plaintiffs' Complaint.

192. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 192 of the Plaintiffs' Complaint.

193. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 193 of the Plaintiffs' Complaint.

194. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 194 of the Plaintiffs' Complaint.

195. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 195 of the Plaintiffs' Complaint.

196. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 196 of the Plaintiffs' Complaint.

197. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 197 of the Plaintiffs' Complaint.

198. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 198 of the Plaintiffs' Complaint.

199. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 199 of the Plaintiffs' Complaint.

200. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 200 of the Plaintiffs' Complaint.

201. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 201 of the Plaintiffs' Complaint.

202. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 202 of the Plaintiffs' Complaint.

203. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 203 of the Plaintiffs' Complaint.

204. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 204 of the Plaintiffs' Complaint.

205. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 205 of the Plaintiffs' Complaint.

206. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 206 of the Plaintiffs' Complaint.

207. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 207 of the Plaintiffs' Complaint.

208. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 208 of the Plaintiffs' Complaint.

209. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 209 of the Plaintiffs' Complaint.

210. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 210 of the Plaintiffs' Complaint.

211. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 211 of the Plaintiffs' Complaint.

212. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 212 of the Plaintiffs' Complaint.

213. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 213 of the Plaintiffs' Complaint.

214. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 214 of the Plaintiffs' Complaint.

215. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 215 of the Plaintiffs' Complaint.

216. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 216 of the Plaintiffs' Complaint.

217. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 217 of the Plaintiffs' Complaint.

218. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 218 of the Plaintiffs' Complaint.

219. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 219 of the Plaintiffs' Complaint.

220. The Defendants repeat, restate and reallege the responses to paragraphs 1-219 as though more fully set forth herein.

221. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 221 of the Plaintiffs' Complaint.

222. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 222 of the Plaintiffs' Complaint.

223. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 223 of the Plaintiffs' Complaint.

224. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 224 of the Plaintiffs' Complaint.

225. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 225 of the Plaintiffs' Complaint.

226. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 226 of the Plaintiffs' Complaint.

227. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 227 of the Plaintiffs' Complaint.

228. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 228 of the Plaintiffs' Complaint.

229. The Defendants repeat, restate and reallege the responses to paragraphs 1-228 as though more fully set forth herein.

230. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 230 of the Plaintiffs' Complaint.

231. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 231 of the Plaintiffs' Complaint.

232. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 232 of the Plaintiffs' Complaint

233. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 233 of the Plaintiffs' Complaint.

234. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 234 of the Plaintiffs' Complaint.

235. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 235 of the Plaintiffs' Complaint.

236. The Defendants repeat, restate and reallege the responses to paragraphs 1-235 as though more fully set forth herein.

237. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 237 of the Plaintiffs' Complaint.

238. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 238 of the Plaintiffs' Complaint.

239. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 239 of the Plaintiffs' Complaint.

240. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 240 of the Plaintiffs' Complaint.

241. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 241 of the Plaintiffs' Complaint.

242. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 242 of the Plaintiffs' Complaint.

243. The Defendants repeat, restate and reallege the responses to paragraphs 1-242 as though more fully set forth herein.

244. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 244 of the Plaintiffs' Complaint.

245. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 245 of the Plaintiffs' Complaint.

246. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 246 of the Plaintiffs' Complaint.

247. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 247 of the Plaintiffs' Complaint.

248. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 248 of the Plaintiffs' Complaint.

249. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 249 of the Plaintiffs' Complaint.

250. The Defendants repeat, restate and reallege the responses to paragraphs 1-249 as though more fully set forth herein.

251. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 251 of the Plaintiffs' Complaint.

252. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 252 of the Plaintiffs' Complaint.

253. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 253 of the Plaintiffs' Complaint.

254. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 254 of the Plaintiffs' Complaint.

255. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 255 of the Plaintiffs' Complaint.

256. The Defendants repeat, restate and reallege the responses to paragraphs 1-255 as though more fully set forth herein.

257. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 257 of the Plaintiffs' Complaint.

258. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 258 of the Plaintiffs' Complaint.

259. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 259 of the Plaintiffs' Complaint.

260. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 260 of the Plaintiffs' Complaint.

261. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 261 of the Plaintiffs' Complaint.

262. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 262 of the Plaintiffs' Complaint.

263. The Defendants repeat, restate and reallege the responses to paragraphs 1-262 as though more fully set forth herein.

264. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 264 of the Plaintiffs' Complaint.

265. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 265 of the Plaintiffs' Complaint.

266. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 266 of the Plaintiffs' Complaint.

267. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 267 of the Plaintiffs' Complaint.

268. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 268 of the Plaintiffs' Complaint.

269. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 269 of the Plaintiffs' Complaint.

270. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-269, as though fully set forth herein.

271. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 271 of the Plaintiffs' Complaint.

272. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 272 of the Plaintiffs' Complaint.

273. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 273 of the Plaintiffs' Complaint.

274. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 274 of the Plaintiffs' Complaint.

275. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 275 of the Plaintiffs' Complaint.

276. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 276 of the Plaintiffs' Complaint.

277. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-276, as though fully set forth herein.

278. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 278 of the Plaintiffs' Complaint.

279. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 279 of the Plaintiffs' Complaint.

280. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 280 of the Plaintiffs' Complaint.

281. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 281 of the Plaintiffs' Complaint.

282. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 282 of the Plaintiffs' Complaint.

283. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-282, as though fully set forth herein.

284. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 284 of the Plaintiffs' Complaint.

285. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 285 of the Plaintiffs' Complaint.

286. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 286 of the Plaintiffs' Complaint.

287. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 287 of the Plaintiffs' Complaint.

288. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 288 of the Plaintiffs' Complaint.

289. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 289 of the Plaintiffs' Complaint.

290. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-289, as though fully set forth herein.

291. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 291 of the Plaintiffs' Complaint.

292. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 292 of the Plaintiffs' Complaint.

293. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 293 of the Plaintiffs' Complaint.

294. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 294 of the Plaintiffs' Complaint.

295. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 295 of the Plaintiffs' Complaint.

296. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 296 of the Plaintiffs' Complaint.

297. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-296, as though fully set forth herein.

298. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 298 of the Plaintiffs' Complaint.

299. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 299 of the Plaintiffs' Complaint.

300. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 300 of the Plaintiffs' Complaint.

301. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 301 of the Plaintiffs' Complaint.

302. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 302 of the Plaintiffs' Complaint.

303. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 303 of the Plaintiffs' Complaint.

304. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-303, as though fully set forth herein.

305. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 304 of the Plaintiffs' Complaint.

306. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 306 of the Plaintiffs' Complaint.

307. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 307 of the Plaintiffs' Complaint.

308. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 308 of the Plaintiffs' Complaint.

309. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 309 of the Plaintiffs' Complaint.

310. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-309, as though fully set forth herein.

311. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 311 of the Plaintiffs' Complaint.

312. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 312 of the Plaintiffs' Complaint.

313. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 313 of the Plaintiffs' Complaint.

314. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 314 of the Plaintiffs' Complaint.

315. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 315 of the Plaintiffs' Complaint.

316. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 316 of the Plaintiffs' Complaint.

317. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-316, as though fully set forth herein.

318. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 318 of the Plaintiffs' Complaint.

319. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 319 of the Plaintiffs' Complaint.

320. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 320 of the Plaintiffs' Complaint.

321. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 321 of the Plaintiffs' Complaint.

322. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 322 of the Plaintiffs' Complaint.

323. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 323 of the Plaintiffs' Complaint.

324. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-323, as though fully set forth herein.

325. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 325 of the Plaintiffs' Complaint.

326. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 326 of the Plaintiffs' Complaint.

327. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 327 of the Plaintiffs' Complaint.

328. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 328 of the Plaintiffs' Complaint.

329. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 329 of the Plaintiffs' Complaint.

330. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 330 of the Plaintiffs' Complaint.

331. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-330, as though fully set forth herein.

332. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 332 of the Plaintiffs' Complaint.

333. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 333 of the Plaintiffs' Complaint.

334. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 334 of the Plaintiffs' Complaint.

335. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 335 of the Plaintiffs' Complaint.

336. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 336 of the Plaintiffs' Complaint.

337. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-336, as though fully set forth herein.

338. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 338 of the Plaintiffs' Complaint.

339. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 339 of the Plaintiffs' Complaint.

340. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 340 of the Plaintiffs' Complaint.

341. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 341 of the Plaintiffs' Complaint.

342. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 342 of the Plaintiffs' Complaint.

343. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 343 of the Plaintiffs' Complaint.

344. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-343, as though fully set forth herein.

345. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 345 of the Plaintiffs' Complaint.

346. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 346 of the Plaintiffs' Complaint.

347. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 347 of the Plaintiffs' Complaint.

348. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 348 of the Plaintiffs' Complaint.

349. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 349 of the Plaintiffs' Complaint.

350. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 350 of the Plaintiffs' Complaint.

351. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-350, as though fully set forth herein.

352. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 352 of the Plaintiffs' Complaint.

353. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 353 of the Plaintiffs' Complaint.

354. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 354 of the Plaintiffs' Complaint.

355. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 355 of the Plaintiffs' Complaint.

356. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 356 of the Plaintiffs' Complaint.

357. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 357 of the Plaintiffs' Complaint.

358. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-357, as though fully set forth herein.

359. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 359 of the Plaintiffs' Complaint.

360. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 360 of the Plaintiffs' Complaint.

361. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 361 of the Plaintiffs' Complaint.

362. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 362 of the Plaintiffs' Complaint.

363. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 363 of the Plaintiffs' Complaint.

364. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-363, as though fully set forth herein.

365. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 365 of the Plaintiffs' Complaint.

366. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 366 of the Plaintiffs' Complaint.

367. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 367 of the Plaintiffs' Complaint.

368. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 368 of the Plaintiffs' Complaint.

369. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 369 of the Plaintiffs' Complaint.

370. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 370 of the Plaintiffs' Complaint.

371. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-370, as though fully set forth herein.

372. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 372 of the Plaintiffs' Complaint.

373. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 373 of the Plaintiffs' Complaint.

374. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 374 of the Plaintiffs' Complaint.

375. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 375 of the Plaintiffs' Complaint.

376. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 376 of the Plaintiffs' Complaint.

377. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 377 of the Plaintiffs' Complaint.

378. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-378, as though fully set forth herein.

379. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 379 of the Plaintiffs' Complaint.

380. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 380 of the Plaintiffs' Complaint.

381. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 381 of the Plaintiffs' Complaint.

382. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 382 of the Plaintiffs' Complaint.

383. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 383 of the Plaintiffs' Complaint.

384. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 384 of the Plaintiffs' Complaint.

385. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-384, as though fully set forth herein.

386. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 386 of the Plaintiffs' Complaint.

387. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 387 of the Plaintiffs' Complaint.

388. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 388 of the Plaintiffs' Complaint.

389. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 389 of the Plaintiffs' Complaint.

390. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 390 of the Plaintiffs' Complaint.

391. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-390, as though fully set forth herein.

392. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 392 of the Plaintiffs' Complaint.

393. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 393 of the Plaintiffs' Complaint.

394. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 394 of the Plaintiffs' Complaint.

395. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 395 of the Plaintiffs' Complaint.

396. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 396 of the Plaintiffs' Complaint.

397. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 397 of the Plaintiffs' Complaint.

398. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-397, as though fully set forth herein.

399. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 399 of the Plaintiffs' Complaint.

400. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 400 of the Plaintiffs' Complaint.

401. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 401 of the Plaintiffs' Complaint.

402. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 402 of the Plaintiffs' Complaint.

403. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 403 of the Plaintiffs' Complaint.

404. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 404 of the Plaintiffs' Complaint.

405. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-404, as though fully set forth herein.

406. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 406 of the Plaintiffs' Complaint.

407. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 407 of the Plaintiffs' Complaint.

408. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 408 of the Plaintiffs' Complaint.

409. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 409 of the Plaintiffs' Complaint.

410. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 410 of the Plaintiffs' Complaint.

411. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 411 of the Plaintiffs' Complaint.

412. The Defendants repeat, restate and reallege each and every answer contained in paragraphs 1-411, as though fully set forth herein.

413. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 413 of the Plaintiffs' Complaint.

414. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 414 of the Plaintiffs' Complaint.

415. The Defendants deny the allegations insofar as they refer to Viktoriya Keselman or Vitas Billing Services, Inc. The Defendants deny knowledge sufficient to form a belief as to the balance of the allegations contained in paragraph 415 of the Plaintiffs' Complaint.

416. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 416 of the Plaintiffs' Complaint.

417. The Defendants deny knowledge sufficient to form a belief as to the allegations contained in paragraph 417 of the Plaintiffs' Complaint.

418. The content of paragraph 418 does not require a response as it is a jury demand.

**FIRST AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the Statute of Frauds.

**THIRD AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the Statute of Limitations.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the Statute of Repose.

**FIFTH AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the doctrine of laches.

**SIXTH AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the doctrine of unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the doctrine of equitable estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred by the doctrine of res judicata.

**NINTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred by the doctrine of collateral estoppel.

**TENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred by the doctrine of claim preclusion.

**ELEVENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred by the doctrine of issue preclusion.

**TWELFTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery for lack of privity.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery as they have failed to satisfy a necessary jurisdictional prerequisite.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery by the doctrine of waiver.

**FIFTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery by the doctrine of offer and compromise.

**SIXTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery as they have failed to comply with the rules and regulations of the State of New York pertaining to no-fault insurance coverage.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery as any damages suffered have been recouped through subrogation.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred from recovery as any damages suffered have been passed through to insureds through the adjustment of insurance rates as reported to the New York Insurance Department.

**NINTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs cannot seek a Declaratory Judgment against the professional corporation as there is existing arbitration and litigation. The professional corporation's rights to choose forum under the NY No-fault Rules and Regulation cannot be abrogated by the Plaintiff instituting this action.

**TWENTIETH AFFIRMATIVE DEFENSE**

The Defendants are improperly joined in this matter and the case should be dismissed or severed.

**DEFENDANTS DEMAND A TRIAL BY JURY**

The Defendants,
*Viktoriya Keselman and*
*Vitas Billing Services Inc.*

By their attorneys,

*/Matthew J. Conroy*
Matthew J. Conroy, Esq.
Maria Campese, Esq.
SCHWARTZ LAW, P.C.
666 Old Country Road, 9th Floor
Garden City, NY 11530
(516) 745-1122

Dated: August 3, 2017

**CERTIFICATE OF SERVICE**

I, Matthew J. Conroy, an attorney admitted to practice in the U.S. District Court of the Eastern District of New York, do hereby certify that on this 3rd of August 2017, I caused the electronic submission of the foregoing ANSWER, to the Clerk's Office, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Barry I. Levy, Esq.
Michael A. Sirignano, Esq.
Joshua D. Smith, Esq.
*Attorneys for Plaintiffs*
*GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY*
926 RXR Plaza
Uniondale, NY 11556
(516) 357-3000

*/s/ Matthew J. Conroy*
Matthew J. Conroy