UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,

Plaintiffs,

-against-

JING LUO ACUPUNCTURE P.C., et al.,

Defendants.

--------------------------------------------------------------------X

Docket No.: 17-cv-03195(NGG)(RER)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and defendants, Viktoriya Keselman also known as Victoria Keselman and Vitas Billing Services Inc. (collectively, "Certain Defendants"), that all claims asserted by Plaintiffs against Certain Defendants in this action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

Dated: 2/2, 2018

RIVKIN RADLER LLP
Attorney for Plaintiffs

By: ______________________
Michael A. Sirignano, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

SCHWARTZ LAW PC
Attorneys for Certain Defendants

By: ______________________
Matthew Conroy, Esq.
Maria Campese, Esq.
666 Old Country Road, 9th Floor
Garden City, New York 11530
(516) 745-1122

3901299 v1