UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,

Plaintiffs,

-against-

JING LUO ACUPUNCTURE P.C., et al.,

Defendants.

-----------------------------------------------------------------X

Docket No.:
17-cv-03195(NGG)(RER)

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and defendants, defendants, Chun Xian Yu, L.Ac, Jing Luo Acupuncture P.C., Z.M.S.&Y Acupuncture P.C., Y & Z Care First Acupuncture P.C., CXY Care Acupuncture P.C., NY Care Acupuncture P.C., Xu Health Care Acupuncture P.C., and K.H.Y. Care Acupuncture P.C. (collectively, "Certain Defendants"), that all claims asserted by Plaintiffs against Certain Defendants in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

Dated: 8/1, 2018

RIVKIN RADLER LLP

By: ______________________
Michael A. Sirignano, Esq.
926 RXR Plaza
Uniondale, New York 11556
Counsel for Plaintiffs
(516) 357-3000

ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA & WOLF

By: ______________________
Mark L. Furman, Esq.
1 Metro Tech Center, Suite 1701
Brooklyn, New York 11201
*Counsel for Certain Defendants*
(516) 280-9833